PJR/tab      Code No. 141      File No. 5574-24804

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LISA SCANDORA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 05 C 1206 |
| | ) | |
| VILLAGE OF MELROSE PARK, and | ) | Judge Kennelly |
| VITO R. SCAVO, Individually, | ) | |
|     Defendants. | ) | |

### DEFENDANT VILLAGE OF MELROSE PARK'S MOTION TO STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES

NOW COMES the Defendant, THE VILLAGE OF MELROSE PARK, by its attorneys, DOWD & DOWD, LTD., and pursuant to FRCP 12(b)(6), moves this court for entry of an order striking Plaintiff's request for punitive damages. In support thereof, Defendant states as follows:

1.     The ad damnum clause in the plaintiff's amended complaint requests that punitive damages be assessed against the Village of Melrose Park. It is well settled that punitive damages cannot be imposed against municipalities or counties or school districts in a 42 USC Section 1983 lawsuit. <u>City of Newport v. Fact Concerts</u>, 453 US 247, 101 S.Ct 2748 (1981). Accordingly, to the extent that the ad damnum clause under Count II seeks punitive damages against the Village, it must be stricken.

2.     Under Count III, state law retaliation, Plaintiff also asks that punitive damages be assessed against the Village of Melrose Park. 740 ILCS 10/2-102 states as follows:

> Notwithstanding any other provision of law, a local public entity is not liable to pay punitive or exemplary damages in any action brought directly or indirectly against it by the injured party or third party. In addition, no public official is liable to pay punitive or exemplary damages in any action arising out of any act or omission made the public official while serving in an official, executive, legislative, quasi-legislative or quasi-judicial capacity, brought directly or indirectly against him by the injured party.

3. Since it is obvious that the plaintiff may not recover punitive damages from the Village, any request for punitive damages directed against the Village must be stricken pursuant to FRCP 12(b)(6).

WHEREFORE, the defendant, VILLAGE OF MELROSE PARK, prays for entry of any order striking the request for punitive damages directed against the Village of Melrose Park.

DOWD & DOWD, LTD.

By: _____
Attorney for Defendant,
VILLAGE OF MELROSE PARK