IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA SCANDORA, ) | |
|     Plaintiff ) | |
| ) | 05 C 1206 |
| Vs. ) | |
| ) | Honorable Virginia Kendall |
| VILLAGE OF MELROSE PARK, ) | Presiding |
| And VITO SCAVO ) | |
|     Defendants ) | |
| ) | |

PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO
AMEND ANSWERS

Plaintiff Lisa Scandora, by and through her attorney SUSAN P.MALONE, in response to the motion of defendants VILLAGE OF MELROSE PARK and VITO SCAVO, to amend their answers to add an "affirmative defense" states as follows

1. Defendants motion seeks to add as an "affirmative defense" a contention that punitive damage claims cannot be submitted to the jury but are to be tried to the Court.

2. Rule 8[c] of the Federal Rules of Civil Procedure lists various matters that are matters of avoidance or affirmative defenses, i.e. those things that assert that even if the allegations in the complaint are proven true there is an affirmative or additional reason why plaintiff cannot recover. Fed.R.Civ.Pro.8[c]

3. The question of whether a particular claim is tried to the court or to a jury is not a

matter in avoidance, i.e. it does not defeat the claim but merely addresses who is to decide the claim. Thus, defendant's motion is in error because the proposed pleading does not assert an affirmative defense. <u>Bobbit vs. Victorian House</u>, 532 F.Supp. 734 (N.D.Ill 1982)

4. Defendants are also substantively wrong. The factual question of whether punitive damages are appropriate and if so, in what amount, is submitted to the jury in Title VII/Section 1983 actions. See Seventh Circuit Civil Pattern Jury Instructions, Instruction 7.34, pg 169-170, attached. <u>Acevedo-Garcia vs. Monroig</u>, 351 F.3d 547 (1st Cir. 2003); <u>Youren vs.Tintic School District,</u> 343 F.3d 1296 (10th Cir.2003)

5. Defendants may be attempting to assert some other defense unrecognizable in the current proposed pleading. If so, defendants have not met the proper pleading standard for an affirmative defense.

Wherefore Plaintiff Lisa Scandora respectfully requests this Honorable Court deny the motion of defendant to add the claimed affirmative defense

      _s/Susan P. Malone

      _____

      Susan P. Malone

Susan P.Malone
20 N Wacker Drive suite 1745
Chicago IL 60606
(312) 726-2638
(312) 726-2640
smalonelaw@sbcglobal.net