UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
Eastern Division

Lisa Scandora
                        Plaintiff,

v.                                              Case No.: 1:05–cv–01206
                                                    Honorable Virginia M. Kendall

Village of Melrose Park, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 12, 2006:

      MINUTE entry before Judge Sidney I. Schenkier : The Court strikes the 10/19/06 status hearing and resets it for 10/18/2006 at 09:00 AM.Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.