# Exhibit O

# Malone affidavit

Attorney Code: 12898

# AFFIDAVIT OF SUSAN P. MALONE

I, SUSAN P. MALONE , under penalties of perjury as provided by Section 5/1-109 of the Code of Civil of Procedure state as follows based upon my own personal knowledge:

1. That if called to testify, I am competent to testify to the foregoing facts which are based upon my own personal knowledge.

2. I am the attorney for the Plaintiff in the matter of Scandora vs. Village of Melrose Park.

3. I received and responded to two requests for admissions in this matter.

4. I have no record of receipt of the defendants fourth requests for admission nor any third request for admissions.

5. Had I received the defendants fourth request for admissions, I would have objected to and denied the statements contained therein in part and because such statements were contrary to depositions and documents disclosed by the parties in this matter.

Further affiant says nothing.

SIGNED BY:

_s/Susan Malone_
Susan P. Malone

I, Susan P. Malone, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, certify that the foregoing statements are true and correct to my personal knowledge.

S/Susan P. Malone

Dated: April 20, 2007