PJR/tab  Code No. 141  File No. 5574-24804

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LISA SCANDORA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 05 C 1206 |
| ) | Judge Kendall |
| VILLAGE OF MELROSE PARK, and ) | Magistrate Shenkier |
| VITO R. SCAVO, Individually, ) | |
| Defendants. ) | |

**DEFENDANTS VILLAGE OF MELROSE PARK and VITO SCAVO'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE HER RESPONSE TO FILE HER RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, INSTANTER**

NOW COME the Defendants, THE VILLAGE OF MELROSE PARK and VITO SCAVO, by their attorneys, DOWD & DOWD, LTD., and in response to Plaintiff's motion for leave to file her response to Defendants' summary judgment motions, state as follows:

1. Defendants' summary judgment motions were timely filed on March 16, 2007. Plaintiff's response was to be filed on or before April 13, 2007. Plaintiff was granted an extension up to and including April 20, 2007 and Defendants' reply was to be filed on or before May 4, 2007.

2. As the court knows, Plaintiff did not meet the April 20, 2007 deadline and did not file her response until the late evening hours of April 23, 2007. Defense counsel did not receive a copy of the response until April 24, 2007.

3. The undersigned is scheduled to attend an employment law seminar in Scottsdale, Arizona between May 2, and May 4, 2007. Defense

        counsel had hoped that the response would be filed on the 20th so he would at least have the weekend of April 21-22, 2007 to work on the reply.

4. While the defendants do not object to Plaintiff's motion, the fact remains that it is simply impossible for defense counsel to file reply memoranda on or before May 4, 2007. Between April 25 and April 27, 2007, the undersigned is scheduled to take 4 depositions, one of which is a doctor's evidence deposition set to proceed in Lincolnshire, Illinois. As a result, it wil be virtually impossible for Defendants to file their replies on or before May 4, 2007.

WHEREFORE, the defendants, VILLAGE OF MELROSE PARK and VITO SCAVO, pray that this court extend the reply deadline to May 11, 2007.

        DOWD & DOWD, LTD.

By:   <u>Patrick J. Ruberry</u>
      Attorney for Defendants,
      VILLAGE OF MELROSE PARK
      and VITO SCAVO

## **CERTIFICATE OF SERVICE**

I, an attorney, state Defendants' response to Plaintiff's motion for leave to file her response was served electronically to all law firms of record via ECF on April 25, 2007.

                                              By:    /s/ Patrick J. Ruberry _____
                                                         Attorney for Defendants

Patrick J. Ruberry
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tx:  312/704-4400
Fx:  312/704-4500