JSG/cv                    Code No. 141                          5574-24804

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA SCANDORA, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | 05 C 1206 |
| | ) | |
| VILLAGE OF MELROSE PARK, and | ) | Judge Matthew Kennelly |
| VITO R. SCAVO, Individually, | ) | |
| | ) | |
|       Defendants. | ) | |

## OFFER OF JUDGMENT

NOW COME the defendants, VILLAGE OF MELROSE PARK and VITO SCAVO, by and through their attorneys, Dowd & Dowd, Ltd., and pursuant to F.R.C.P. 68 offers to have judgment taken against it in the amount of $60,000.00, said amount to include attorneys' fees and costs and is directed to all counts of the plaintiffs' complaint and is intended to resolve and adjudicate all claims and causes of action, if any, the plaintiffs have against VILLAGE OF MELROSE PARK and VITO SCAVO.

                                              Respectfully submitted,

                                              DOWD & DOWD, LTD.

                                              /s/ Patrick J. Ruberry
                                              Attorneys for Defendants
                                              VILLAGE MELROSE PARK
                                              and VITO SCAVO

Patrick J. Ruberry
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
Tx:  312/704-4400
Fx:  312/704-4500

## CERTIFICATE OF SERVICE

I, Patrick J. Ruberry, an attorney, state that the notice of filing Defendants' Offer of Judgment was served electronically to all law firms of record via ECF on May 17, 2007.

By: /s/ Patrick J. Ruberry
Attorney for Defendants

Patrick J. Ruberry
Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
Tx: 312/704-4400
Fx: 312/704-4500