IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA SCANDORA, ) | |
|     Plaintiff ) | |
| ) | 05 C 1206 |
| Vs. ) | |
| ) | Honorable Virginia Kendall |
| VILLAGE OF MELROSE PARK, ) | |
| And VITO SCAVO ) | |
|     Defendants ) | |
| ) | |

MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 68

Plaintiff Lisa Scandora, through her attorney SUSAN P.MALONE, moves this Honorable Court for entry of judgment in her favor and against defendants Village of Melrose Park and Vito Scavo, effective June 8, 2007 and in support thereof states

1. After filing a motion for summary judgment, defendants made an offer of judgment pursuant to Rule 68.

2. Plaintiff accepted that offer within the time provided by the Rule.

3. Thereafter, the parties agreed on the form of the judgment order and its allocation among various elements of the claim.

4. Despite the passage of one month, defendants have not, pursuant to the Rule, provided copies of the offer, acceptance and agreed judgment order for entry by the Clerk. True and correct copy of the acceptance and agreed allocation and correspondence seeking resolution of this matter are attached as Exhibits A, B, and C respectively.[1] Following such correspondence, plaintiff has attempted to

---

[1] Plaintiff has redacted from Exhibit C tax identification information requested by defendants

1

resolve this issue with defense counsel without success.

5. Defendants have not enter or paid the judgment.

6. Postjudgment interest ought have begun to accrue and plaintiff ought have been able to initiate enforcement proceedings by this date.

7. This Court had previously set a trial date for this matter for August, 2007 which trial date has not been stricken in the absence of the entry of a judgment order or compliance with the judgment order by defendants.

Wherefore, Plaintiff Lisa Scandora respectfully requests this Honorable court enter judgment in her favor and against defendants Village of Melrose Park and Vito Scavo in the amount of Sixty Thousand and No/100 dollars, nunc pro tunc to June 8, 2007.

Respectfully submitted


  s/Susan P. Malone

Susan P. Malone

Susan P. Malone
20 N Clark Street
Suite 1725
Chicago, IL 60602
(312) 726-2638

 Print - Close Window

**Date:** Fri, 1 Jun 2007 08:48:24 -0700 (PDT)
**From:** "Susan Malone" <smalonelaw@sbcglobal.net>
**Subject:** Scandora vs. Village of Melrose Park & Vito Scavo
**To:** "Patrick Ruberry" <pruberry@dowdanddowd.com>, "Jeannine Gilleran" <jgilleran@dowdanddowd.com>

Dear Mr. Ruberry & Ms. Gilleran,

Pursuant to direction from my client, attached please find copies of the notice of acceptance of the offer of judgment. As per Rule 68, I understand you will provide the clerk of court with the offer and acceptance to file of record. As per the notice of attorney lien provided the Village clerk at the inception of this action, please forward your check payable to Ms. Scandora and I. As indicated, please note again my correct office address.

Sincerely

Susan P. Malone

**Attachments**

Files:

📎 **scandora.accept.pdf** (17k)

Exhibit _A___


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Print - Close Window

**Date:** Thu, 7 Jun 2007 11:50:32 -0700 (PDT)
**From:** "Susan Malone" <smalonelaw@sbcglobal.net>
**Subject:** Scandora vs. Village of Melrose
**To:** "Jeannine Gilleran" <jgilleran@dowdanddowd.com>

Ms. Gilleran

I have spoken to Ms. Scandora and the breakdown of the judgment should be:

20,000 payable to Lisa Scandora as and for emotional distress damages
18,000 payable to Lisa Scandora as and for lost wages and benefits; and
22,000 payable to Susan P. Malone as and for attorneys fees and costs

~~[redacted]~~ Please advise when you believe the judgment will be entered and when payment can be expected.

Sincerely

Susan P Malone

Exhibit _B___



Print - Close Window

**Date:** Tue, 12 Jun 2007 05:33:52 -0700 (PDT)
**From:** "Susan Malone" <smalonelaw@sbcglobal.net>
**Subject:** Scandora vs. Village of Melrose Park
**To:** "Jeannine Gilleran" <jgilleran@dowdanddowd.com>, "Patrick Ruberry" <pruberry@dowdanddowd.com>

Dear Ms. Gilleran and Mr. Ruberry

Please advise when you will forward the offer, acceptance and proposed judgment order consistent with our correspondence for entry by the clerk of court.

Sincerely

Susan Malone

Exhibit C



**Date:** Fri, 15 Jun 2007 08:22:17 -0700 (PDT)

**From:** "Susan Malone" <smalonelaw@sbcglobal.net>

**Subject:** Scandora vs. Melrose

**To:** "Jeannine Gilleran" <jgilleran@dowdanddowd.com>, "Patrick Ruberry" <pruberry@dowdanddowd.com>

Dear Mr. Ruberry & Ms. Gilleran

Can you please advise of the reason for the delay in submission of the offer, acceptance and proposed judgment order to the Court? I understand that payment of the judgment may take a few more days but it seems as a courtesy to the court, we ought resolve the status of this file quickly. Please advise

Sincerely

Susan P. Malone